**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

On September 6, 2006, the Court issued an order directing the parties to file a joint status report regarding their progress with settlement discussions no later than September 29, 2006. The parties hereby jointly move for an enlargement of time of seven (7) days, until October 6, 2006, to file their report.

As contemplated by the parties' Joint Status Report filed August 31, 2006, Plaintiffs faxed Defendant a settlement demand letter on September 8, 2006. Immediately upon receipt of Plaintiffs' letter, Defendant sent a letter, via fax and United States mail, requesting that Plaintiffs provide Defendant with additional information in support of their settlement demand. On September 29, 2006, Defendant received a response from Plaintiffs. To allow the parties additional time to confer regarding Plaintiffs' settlement demand, the parties respectfully request an enlargement of time of seven (7) days, until October 6, 2006, to file their next joint status report on the progress of settlement discussions.

This report was jointly prepared by counsel for the parties. Counsel for Plaintiffs has

authorized the undersigned to file this report on behalf of both parties.

DATED: September 29, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

#354037-v1-Carl_Junction___joint_mot_for_enlargement_to_file_JSR.WPD