# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: February 2, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

In its order of November 13, 2006, the court granted plaintiff an extension until November 16 to filing its opening brief. Plaintiff has not filed its opening brief. Plaintiff shall either file its opening brief or contact the court to explain its failure to do so by Friday February 9, 2007. If we do not hear from plaintiff by February 9, 2007, we will issue and order to show cause why this case should not be dismissed for failure to prosecute.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge