**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR SCHEDULING ORDER**

Pursuant to the Court's order of February 23, 2007, the parties hereby jointly move for a scheduling order based on the following proposed deadlines:

1. Defendant's appraiser inspects Plaintiffs' properties on **April 9-10**.
2. Plaintiffs provide Defendant with their appraisal report on **April 27**.
3. Defendant provides Plaintiffs with its appraisal report on **June 15**.
4. Plaintiffs provide Defendant with any rebuttal appraisal report on **July 16**.
5. Parties complete expert discovery, including depositions, by **September 14**.
6. Pre-trial Meeting of Counsel in accordance with Appendix A (Case Management Procedure) of the Rules of the United States Court of Federal Claims on **September 28**.
7. Plaintiffs file their Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List on **October 10**.
8. Defendant files its Responsive Memorandum, Witness List, and Exhibits List on **October 31**.
9. Parties will file Joint Exhibit List on **November 14**.
10. Final Pre-trial Conference on **November 28**.
11. Parties will file any pre-trial stipulations by **December 5**.
12. Trial in Joplin, Missouri, on **December 17-19**.

This motion was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this motion on behalf of both parties.

DATED: March 2, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

383923.1