IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case Nos.: 05-3L, 05-4L |
| | ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFFS' COLLECTIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFFS' APPRAISALS AND SUGGESTIONS IN SUPPORT**

Come Now the Plaintiffs in the above captioned cases, by and through their counsel of record, and collectively move to extend the Scheduling Order deadlines for Plaintiffs' submission of appraisals on the subject properties and the Government's deadline for response thereto for the reasons set forth herein below as follows:

1. The Plaintiffs' collective motion is submitted prior to the expiration of the deadline for Plaintiffs' submission of the appraisals on the properties subject to the captioned condemnation actions and is otherwise timely.

2. Counsel for the Government, Evan Pritchard, and the undersigned counsel have conferred concerning the motion and the Government does not oppose the Plaintiffs' request to extend the time for submitting the appraisals, provided, however, that the Government receives sufficient time, consistent with the current Scheduling Order, to respond to Plaintiffs' submitted appraisals.

3. The Plaintiffs' appraiser expert is Hayden Harrison from Springfield, Missouri, whom has physically viewed each of the properties. However, he has advised that he will need until on or before June 1, 2007 within which to complete the appraisals for

submission in accordance with the Court's current Scheduling Order. Consequently, the Plaintiffs collectively seek to extend the deadline for submitting appraisals until June 1, 2007 and that the Government be granted an extension until July 20, 2007 within which to respond to the Plaintiffs' appraisals. No other dates in the scheduling order are intended to be altered or extended at this time, particularly the trial date in December, 2007.

4. The requested unopposed extension is not for the purpose of hinderance or delay of the above captioned matters, but solely for the reasons set forth herein constituting good cause and to otherwise to afford justice.

WHEREFORE, the Plaintiffs respectfully request an Order of the Court extending the specific deadlines for Plaintiffs' submission of its appraisals until June 1, 2007 and the Government likewise be granted an extension of time to respond until July 20, 2007 for the reasons set forth herein and for such other and further reasons as this Honorable Court deems just and equitable.

Respectfully Submitted,

s/ R. Deryl Edwards, Jr.
LAW OFFICES OF R. DERYL EDWARDS, JR
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com