IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case Nos.: 05-3L, 05-4L |
| | ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | |

**<u>PLAINTIFFS' COLLECTIVE MOTION</u>**
**<u>FOR FOURTH AND FINAL EXTENSION OF TIME TO SUBMIT</u>**
**<u>PLAINTIFFS' APPRAISALS AND SUGGESTIONS IN SUPPORT</u>**

Come Now the Plaintiffs in the above captioned cases, by and through their counsel of record, and, move to extend the Scheduling Order deadlines for Plaintiffs' submission of appraisals on the subject properties and the Government's deadline for response thereto for the reasons set forth herein below as follows:

1. The Plaintiffs' collective motion is submitted prior to the expiration of the deadline for Plaintiffs' submission of the appraisals on the properties subject to the captioned condemnation actions and is otherwise timely. This is Plaintiffs' fourth and final request for an extension of time in the Scheduling Order – the first three requests which were granted by the Court – the latter Order providing that Plaintiffs were to provide appraisals to the Government by June 18, 2007.

2. Counsel for the Government, Evan Pritchard, and the undersigned counsel conferred in the morning of June 11, 2007 concerning the third motion for extension of time to submit appraisals and the Government did not oppose the Plaintiffs' request, provided, however, that the Government received sufficient time, consistent with the current Scheduling Order, to respond to Plaintiffs' submitted appraisals. The Plaintiffs'

counsel was unaware that the additional time was needed until well after the regular business hours of the Defendant Government and, therefore, Mr. Pritchard was thought to be unavailable for consultation prior to filing the present Motion. Plaintiffs continue to agree to any reasonable additional time needed by the Government to review the appraisals, that is, without moving the trial or trial related deadlines in the Scheduling order. In that regard, the Government has requested an enlargement of time until at least July 27, 2007 within which to submit its appraisals to Plaintiffs, which Plaintiffs do not object.

3. The Plaintiffs' appraisal expert is Hayden Harrison from Springfield, Missouri, whom has now physically viewed each of the properties on several occasions. Mr. Harrison and the Plaintiffs have previously completed their investigation for the information in the appraisals and Mr. Harrison was drafting the appraisals in anticipation of meeting the revised June 18, 2007 Scheduling Order deadline. Apparently, there are still impediments to providing the appraisals by June 18, 2007 which has consumed the time of realtors, abstractors, some of the Plaintiffs, Plaintiffs' counsel and staff and Mr. Harrison. No other dates in the scheduling order are intended to be altered or extended at this time, particularly the trial date in December, 2007.

4. The requested extension is not for the purpose of hinderance or delay of the above captioned matters, but solely for the reasons set forth herein constituting good cause and to otherwise to afford justice.

WHEREFORE, the Plaintiffs respectfully request an Order of the Court extending the specific deadlines for Plaintiffs' submission of its appraisals until June 22, 2007 for the

reasons set forth herein and for such other and further reasons as this Honorable Court deems just and equitable.

Respectfully Submitted,

s/ R. Deryl Edwards, Jr.
LAW OFFICES OF R. DERYL EDWARDS, JR
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com