IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,)
)
Plaintiffs, )
)
vs. ) Case Nos.: 05-3L, 05-4L
) Judge Robert H. Hodges, Jr.
UNITED STATES OF AMERICA, )
)
Defendant, )

**PLAINTIFFS' COLLECTIVE MOTION FOR FIFTH EXTENSION OF TIME TO SUBMIT PLAINTIFFS' APPRAISALS AND SUGGESTIONS IN SUPPORT**

Come Now the Plaintiffs in the above captioned cases, by and through their counsel of record, and, move to extend the Scheduling Order deadlines for Plaintiffs' submission of appraisals on the subject properties and the Government's deadline for response thereto for the reasons set forth herein below as follows:

1. The Plaintiffs' collective motion is submitted prior to the expiration of the deadline for Plaintiffs' submission of the appraisals on the properties subject to the captioned condemnation actions and is otherwise timely. This is Plaintiffs' sixth request for an extension of time in the Scheduling Order – the first four requests which were granted by the Court – the latter Order providing that Plaintiffs were to provide appraisals to the Government by June 22, 2007. The fifth request was filed seven (7) days ago and has not yet been ruled and sought an extension to June 29, 2007. Plaintiffs hereby incorporate by reference the paragraphs contained in that motion.

2. Counsel for the Government, Evan Pritchard, and the undersigned counsel conferred in the morning of June 11, 2007 concerning the third motion for extension of time to submit appraisals and the Government did not oppose the Plaintiffs' request,

provided, however, that the Government received sufficient time, consistent with the current Scheduling Order, to respond to Plaintiffs' submitted appraisals. The Plaintiffs' counsel was unaware that the additional time was needed until well after the regular business hours of the Defendant Government and, therefore, Mr. Pritchard was thought to be unavailable for consultation prior to filing the present Motion. Plaintiffs continue to agree to any reasonable additional time needed by the Government to review the appraisals, that is, without moving the trial or trial related deadlines in the Scheduling order. In that regard, the Government has requested an enlargement of time until at least July 27, 2007 within which to submit its appraisals to Plaintiffs, which Plaintiffs do not object. However, as stated in Plaintiffs' third motion for extension of time the Plaintiffs had already requested that the Government be given until July 31, 2007 within which to provide their appraisals to Plaintiff. Consequently, it would appear the July 31, 2007 deadline would not need to be changed at this time and would otherwise be consistent with the Plaintiffs' current request until on or before July 13, 2007 within which to submit the appraisals.

3. The Plaintiffs' appraisal expert is Hayden Harrison from Springfield, Missouri, whom has now physically viewed each of the properties on several occasions. Mr. Harrison and the Plaintiffs have previously completed their investigation for the information in the appraisals and Mr. Harrison was drafting the appraisals in anticipation of meeting the revised June 29, 2007 Scheduling Order deadline. Apparently, there are still impediments to providing the appraisals by June 18, 2007 which has consumed the time of realtors, abstractors, some of the Plaintiffs, Plaintiffs' counsel and staff and Mr.

Harrison. No other dates in the scheduling order are intended to be altered or extended at this time, particularly the trial date in December, 2007.

4. The requested extension is not for the purpose of hinderance or delay of the above captioned matters, but solely for the reasons set forth herein constituting good cause and to otherwise to afford justice.

5. Plaintiffs seek the mercy of this Court. Plaintiffs' expert has had much adversity in completing his report. The power to his house and large portions of his city were wiped out by flooding. Plaintiffs' expert's mother became suddenly and deathly ill and then after several days died. Upon return from the funeral of the mother of Plaintiff's expert, Plaintiffs asked this Court for a one (1) week extension which has not yet been granted. Apparently Plaintiffs' expert has promised more than he can handle. Apparently the grieving process had a greater affect on Plaintiffs' expert than Plaintiff had realized.

WHEREFORE, the Plaintiffs respectfully request an Order of the Court extending the specific deadlines for Plaintiffs' submission of its appraisals until July 13, 2007 and the Government time to respond remain until July 31, 2007 for the reasons set forth herein and for such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

s/ R. Deryl Edwards, Jr.
LAW OFFICES OF R. DERYL EDWARDS, JR
R. Deryl Edwards MO# 48277
606 S. Pearl

Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com