IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case Nos.: 05-3L, 05-4L |
| | ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF JOHN AND SHIRLEY FREDRICKSON'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now, John and Shirley Fredrickson, each one of the named Plaintiffs in the above captioned consolidated action, by and through their counsel, R. Deryl Edwards, Jr. and, pursuant to RCFC 68, herewith timely provides written notice to the Court of their acceptance of an offer of judgment from the United States dated November 1, 2007, exclusive of interest, costs, expenses and attorney fees.

Dated this 5th day of November, 2007.

AGREED:

John Fredrickson
JOHN FREDRICKSON, PLAINTIFF

Shirley Fredrickson
SHIRLEY FREDRICKSON, PLAINTIFF

R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
(417) 624-1962
(417) 624-1965 Fax
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case Nos.: 05-3L, 05-4L |
| ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |

**PLAINTIFF SAM AND JUANITA DARNELL'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now, Sam and Juanita Darnell, each one of the named Plaintiffs in the above captioned consolidated action, acting by and through their son, Howard Darnell, by virtue of a power of attorney, which is attached hereto and incorporated herein by this reference, and by and through their counsel, R. Deryl Edwards, Jr. and, pursuant to RCFC 68, herewith timely provides written notice to the Court of their acceptance of an offer of judgment from the United States dated November 1, 2007, exclusive of interest, costs, expenses and attorney fees.

Dated this 5th day of November, 2007.

AGREED:

SAM DARNELL, PLAINTIFF, by and through Howard Darnell, via power of attorney

JUANITA DARNELL, PLAINTIFF by and through Howard Darnell, via power of attorney

R. Deryl Edwards, Jr.