**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3 L, 05-4 L |
| UNITED STATES OF AMERICA, | ) | Judge Robert H. Hodges, Jr. |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**PLEASE NOTE** that, pursuant to Rule 83.1(c)(5) of the Rules of the United States Court of Federal Claims, Mark S. Barron has entered an appearance as counsel for the United States in this matter. Mr. Barron substitutes for G. Evan Pritchard as counsel in this matter. Service of all papers should be made to Mr. Barron at the following address:

U.S. Mail:

Mark S. Barron
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663

Street Address for FED-EX and Courier:

Mark S. Barron
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street NW, Suite 3127
Washington, D.C. 20004

Telephone: (202) 305-0490
Facsimile: (202) 305-0506
Email: mark.barron@usdoj.gov

Respectfully submitted this 20th day of November, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By: *s/ Mark S. Barron*
MARK S. BARRON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044
Tel. (202) 305-0490/ Fax (202) 305-0506
mark.barron@usdoj.gov

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2007, a copy of the Entry of Appearance was electronically sent via the United States Court of Federal Claims' CM/ECF system to the following parties:

R. Deryl Edwards, Jr.
Joplin, Missouri
rde417@hotmail.com

By: *s/ Mark S. Barron*
MARK S. BARRON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044
Tel. (202) 305-0490/ Fax (202) 305-0506
mark.barron@usdoj.gov