United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

December 11, 2007

Royce Deryl Edwards, Jr. Esq.

606 South Pearl Avenue

Joplin, MO 64801

In re: Carl Junction R-1 school District, et al. v. United States,

Nos. 05-3 L & 05-4 L

Dear Mr. Edwards:

I am enclosing the 28 U.S.C. §2517 certified transcripts of judgment, dated November 21, 2007, in favor of plaintiffs, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Mark S. Barron, Esq., Dept. Of Justice