# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 05-3L, 05-4L<br><br>Senior Judge Robert H. Hodges, Jr. |

## STIPULATION OF SETTLEMENT REGARDING INTEREST

COMES NOW Plaintiffs CARL JUNCTION R-1 SCHOOL DISTRICT, PAUL AND KATHLEEN HANCE, JEFF AND JACKIE LUNDIEN, RAY AND SHEILA FLETCHER, JOHN AND SHIRLEY SUE FREDRICKSON, ORIN AND SHIRLEY ECKHARDT, MIKE AND ANITA EDDY, AND SAM AND JUANITA DARNELL ("Plaintiffs") and Defendant UNITED STATES OF AMERICA, by and through their attorneys of record, and hereby stipulate and agree as follows:

1. The parties have engaged in good faith settlement negotiations in an effort to avoid the time and expense of further litigation in this case.

2. The United States hereby agrees, by way of compromise and settlement, to pay to Plaintiffs the sum of $43,000.00 in interest on the principal amounts stated in the Offers of Judgment filed with the Court on November 8, 2007.

3. This settlement shall constitute a full, complete and final resolution of any and all of Plaintiffs' claims against the United States, legal or equitable, relating to interest on just compensation.

4. This agreement is the result of compromise and settlement, and shall not be construed as an admission by the United States of any legal or specific monetary liability as to any or all of Plaintiffs' claims for just compensation, interest, attorneys' fees and other litigation expenses, or any other kind of legal or equitable relief, nor shall it be construed as an admission by Plaintiffs regarding any legal or factual matter relating to its claims. This settlement shall not be interpreted to constitute a precedent or argument in this or any other case.

5. This Stipulation of Settlement shall be binding on the Parties, all of their related and affiliated companies and persons, and their successors and assigns.

Respectfully submitted this 4th day of March, 2008,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

*/s R. Deryl Edwards, Jr.*

R. DERYL EDWARDS, JR.
Law Firm of R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
Tel: (417) 624-1962
rde417@hotmail.com

*Attorney for the Plaintiffs*

/s *Mark S. Barron*

MARK S. BARRON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0490 Fax: (202) 305-0506
mark.barron@usdoj.gov

*Attorney for the United States*