**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3 L, 05-4 L |
| | ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**STIPULATION OF SETTLEMENT REGARDING ATTORNEY'S FEES AND COSTS AND STIPULATION TO DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiffs CARL JUNCTION R-1 SCHOOL DISTRICT, PAUL AND KATHLEEN HANCE, JEFF AND JACKIE LUNDIEN, RAY AND SHEILA FLETCHER, JOHN AND SHIRLEY SUE FREDERICKSON, ORIN AND SHIRLEY ECKHARDT, MIKE AND ANITA EDDY, AND SAM AND JUANITA DARNELL ("PLAINTIFFS") and Defendant UNITED STATES OF AMERICA, by and through their attorneys of record, and hereby stipulate and agree as follows:

1. The parties have engaged in good faith settlement negotiations in an effort to avoid the time and expense of further litigation in this case.

2. The United States hereby agrees, by way of compromise and settlement, to pay to Plaintiffs the sum of $423,727.71, representing Plaintiffs' attorney's fees and costs in this action.

3. This settlement shall constitute a full, complete, and final resolution of any and all of Plaintiffs' remaining claims against the United States, legal or equitable, in this action. Accordingly, the parties stipulate to a voluntary dismissal of this action, with prejudice. Plaintiffs and Defendant have executed an agreement resolving this action completely and with finality, and this Stipulation is in consideration of that agreement.

4. This agreement is the result of compromise and settlement, and shall not be construed as an admission of any legal or specific monetary liability on the United States' behalf with respect to any or all of Plaintiffs' claims for just compensation, interest, attorney's fees and other litigation expenses, or any other kind of legal or equitable relief. Nor shall this agreement be construed as an admission on Plaintiffs' behalf regarding any legal or factual matter relating to their claims.

5. This settlement shall not be interpreted to constitute a precedent or argument in this or any other case.

6. This Stipulation of Settlement shall be binding on the Parties, all of their related and affiliated companies and persons, and their successors and assigns.

Respectfully submitted this 4th day of March, 2008,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*s/ R. Deryl Edwards, Jr.*
R. DERYL EDWARDS, JR.
Law Firm of R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
Tel: (417) 624-1962
rde417@hotmail.com

*Attorney for the Plaintiffs*

*s/ Mark S. Barron*
MARK S. BARRON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044
Tel: (202) 305-0490/ Fax: (202) 305-0506
mark.barron@usdoj.gov

*Attorneys for the United States*