United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

April 30, 2008

Royce Deryl Edwards, Jr., Esq.

606 South Pearl Avenue

Joplin, MO 64801

In re: Carl Junction R-A School District, et al. v. United States, Nos. 05-3 L & 05-4 L

Dear Mr. Edwards:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 21, 2008, in favor of plaintiffs.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Mark S. Barron, Esq., Dept. Of Justice